**BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP**
  Norman B. Blumenthal (State Bar #068687)
  Kyle R. Nordrehaug (State Bar #205975)
  Aparajit Bhowmik (State Bar #248066)
  Piya Mukherjee (State Bar #274217)
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858)551-1223
Facsimile: (858) 551-1232
Firm Website: http://www.bamlawca.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE SANDERS, DOUG BUTLER, DARREL FOLEY, GEORGE RENNER, and ROGER SHRADER, individuals, on behalf of themselves, on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>OLD DOMINION FREIGHT LINE, INC., a Corporation; and Does 1 through 50, Inclusive,<br><br>Defendants. | CASE No. **5:18-cv-00688-DSF-SHK**<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT**<br><br>Hearing Date: November 18, 2019<br>Hearing Time: 1:30 p.m.<br><br>Judge: Hon. Dale S. Fischer<br><br>Courtroom 7D<br>First Street Courthouse<br>350 West 1st Street,<br>Los Angeles, California |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE THAT** on November 18, 2019, at 1:30 p.m. in the United States District Court for the Central District of California, located at the First Street Courthouse, 350 West 1st Street, Los Angeles, California, in Courtroom 7D, before the Honorable Dale S. Fischer, Plaintiffs Eugene Sanders, Doug Butler, Darrel Foley, George Renner, and Roger Shrader (collectively "Plaintiffs") will move for final approval of the proposed class settlement with Defendant Old Dominion Freight Line, Inc. ("Defendant").

This motion is brought in accordance with the Orders dated June 4, 2019 and August 23, 2019 [Doc. No. 81 and 86] and Fed. R. Civ. P. Rule 23(h). This motion is unopposed and based on the Settlement and Release of Class Action Claims ("Settlement Agreement" or "Agreement") between the parties filed concurrently with this motion. There have been no objections to the Settlement by any member of the Class.

The motion will be based on this Notice of Motion, the Memorandum of Points and Authorities, the Declaration of Norman Blumenthal and attached exhibits, the Declaration of the Settlement Administrator (to be filed in advance of the hearing after the October 21, 2019 response deadline), the Declarations of the Plaintiffs, the argument of counsel and upon such other material contained in the file and pleadings of this action.

This motion is made following the conference of counsel pursuant to L.R. 7-3 wherein the parties agreed on the filing of this unopposed motion based upon the Stipulation.

Respectfully submitted,

Dated: October 21, 2019  BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP

By: */s/ Kyle Nordrehaug*
Norman B. Blumenthal
Kyle R. Nordrehaug
Attorneys for Plaintiffs